# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Maria Fitchett

                Debtor(s)

Case No.: 2-16-21143-PRW
Chapter: 13

SSN: xxx-xx-3079

## TRANSMITTAL OF RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8010

TO: Mary C. Loewenguth, Clerk of Court, U.S. District Court for the Western District of New York

RE: District Court Case No.: 16-cv-6791-CJS

Pursuant to Bankruptcy Rule 8010, the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

[ ] Record on Appeal
- [ ] Appellant Statement of Issues Presented:
- [ ] Certification of No Transcript Ordered:
- [ ] Statement of Evidence in Lieu of Transcript:
- [ ] Appellant Designation of Items included in Record on Appeal:
    - [ ] Items designated by Appellant:
- [ ] Appellee Designation of Additional Items:
    - [ ] Items designated by Appellee:

[X] Appeal is unperfected for the following reasons:
- [ ] Filing Fee Unpaid  [ ] No request to proceed in forma pauperis
- [X] Appellant Designation of Items to be included in the record on appeal & Statement of Issues under Bankruptcy Rule 8009: [ ]Not Filed  [ ]Filed Late
- [X] Transcript of proceedings under Bankruptcy Rule 8009 [X] has not been ordered and/or [X] a certificate stating that the appellant is not ordering a transcript has not been filed.
- [ ] Item(s) designated by [ ] Appellee  [ ] Appellant not part of Bankruptcy case files:
- [X] Other: Appeal Cover Sheet and Certificate of service is missing.

[X] Related Appeal: **None**
[ ] Other:

Date: January 4, 2017

_Lisa Bertino Beaser_
Lisa Bertino Beaser
Clerk of Court